1
2
3
4
5          UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF WASHINGTON
6                    AT SEATTLE

7
UNITED STATES OF AMERICA,
8                    Plaintiff,            Case No.  CR13-123RSL

9        v.                                ORDER GRANTING MOTION
                                           TO CONTINUE TRIAL DATE
10  SON PHAM, *et al.*,

                     Defendants.
11

12      This matter comes before the Court on defendant Son Pham's unopposed
13  "Amended Motion to Continue" (Dkt. # 100).  Having considered the facts set forth in
14  the motion, the defendant's knowing and voluntary waiver (Dkt. # 99), and the
15  remainder of the record, the Court finds as follows:

16      1.    A failure to grant the continuance would deny defense counsel the
17  reasonable time necessary for effective preparation, taking into account the exercise of
18  due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

19      2.    The ends of justice will be served by ordering a continuance in this case; a
20  continuance is necessary to ensure adequate time for defense negotiations and
21  investigation, effective trial preparation, and an opportunity for the defendant to benefit
22  from these efforts; and these factors outweigh the best interests of the public and the
23  defendant in a more speedy trial, within the meaning of § 3161(h)(7)(A).

24      IT IS THEREFORE ORDERED that the trial date shall be continued from
25  October 28, 2013, to January 27, 2014.  The period of delay from October 28, 2013, to

26  ORDER CONTINUING TRIAL DATE - 1

1  January 27, 2014, is excluded for speedy trial purposes pursuant to § 3161(h)(1)(D),
2  (h)(7)(A), and (h)(7)(B).
3       Pretrial motions are to be filed no later than December 20, 2013.

5       DATED this 21st day of October, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL DATE - 2