# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SON PHAM,<br><br>　　　　Defendant. | Case No. 2:13-CR-123-RSL<br><br>ORDER DENYING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter comes before the Court on petitioner Son Pham's motion for early termination of supervised release, pursuant to 18 U.S.C. § 3583(e)(1). Dkt. #212.

On April 18, 2013, Mr. Pham was indicted on two counts of Attempted Collection of Extensions of Credit by Extortionate Means (Counts 1 and 3), one count of Carrying a Firearm During and In Relation to a Crime of Violence (Count 2), and one count of Bank Fraud (Count 4). Dkt. #31; see 18 U.S.C.§§ 894, 924, 1344. He pleaded guilty to the four offenses on November 7, 2013, see Dkt. #109, and was sentenced on March 28, 2014 to 12 months on each of Counts 1, 3 and 4 to run concurrently and 60 months on Count 2 to run consecutively. Dkt. #143. On June 23, 2016, Mr. Pham filed a motion under 28 U.S.C. § 2255 to vacate his sentence with respect to Count 2. Dkt. #165. This was granted, and on November 16, 2016, he was resentenced to 51 months followed by 60 months of supervised release. Dkt. #201. His supervision is set to expire on December 20, 2021. Dkt. #210.

ORDER DENYING DEFENDANT'S MOTION
TO TERMINATE SUPERVISION - 1

A court "may, after considering the factors set forth in [18 U.S.C. § 3553(a)] … terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release… if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court enjoys "discretion to consider a wide range of circumstances when determining whether to grant early termination." United States v. Emmett, 749 F.3d 817, 819 (9th Cir. 2014) (citing United States v. Pregent, 190 F.3d 279, 283 (4th Cir. 1999)).

The Court is pleased to learn that Mr. Pham is doing well under supervised release. It appreciates his compliance with the terms of his supervision and his maintenance of a stable living situation and support system. Dkt. #221 at 2; Dkt. #212 at 2. The Court also recognizes that his inability to secure employment is in part due to factors outside of his control. Id. at 2. However, Mr. Pham's motion is premature. The Court encourages him to continue his excellent behavior, and to re-apply for an early termination any time after November 30, 2019.

For the foregoing reasons, Mr. Pham's motion is DENIED.

DATED this 23rd day of May, 2019.

Robert S. Lasnik
United States District Judge

ORDER DENYING DEFENDANT'S MOTION
TO TERMINATE SUPERVISION - 2